UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,            ) | |
| ) | CASE NO. MJ 16-074 |
| Plaintiff,            ) | |
| ) | |
| v.            ) | |
| ) | DETENTION ORDER |
| CHI LEUNG CHENG,            ) | |
| ) | |
| Defendant.            ) | |
| _____ ) | |

<u>Offense charged</u>:      Bank Fraud

<u>Date of Detention Hearing</u>:    February 25, 2016.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.   The Complaint charges defendant with allegedly devising a scheme to defraud

DETENTION ORDER
PAGE -1

Washington Trust Bank by depositing invalid checks and then withdrawing funds before the invalidity was discovered.  The AUSA alleges that defendant admitted stealing at hundreds of thousands of dollars from various financial institutions, as well as wiring himself funds. In all, the AUSA alleges, defendant allegedly attempted to open accounts with fraudulently certified check in dozens of other banks and financial institutions.

2.  Defendant was born in Indonesia and is a Canadian citizen.  He has few ties to this District.  He resides in British Columbia.  The AUSA alleges that defendant is also being investigated by the RCMP and Vancouver PD in connection with at least eight complaints of defrauding people since 2004.  Defendant has a significant history of travel to the United States and to other countries in Asia over the past year.  The AUSA contends that the proceeds from the alleged fraud have not all been located, and suggest that defendant may have significant assets abroad.

3.  Defendant poses a risk of nonappearance due to lack of ties to this district, possession of a Canadian passport, extensive international travel, the possibility of available funds obtained as a result of the alleged fraud, and ties to Indonesia, as well as pending investigations in Canada for fraud-related charges. Defendant poses a risk of financial danger based on the nature of the instant offense.

4.  There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney

General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 25th day of February, 2016.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3